```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 11905
   NANCY R SCHAEFER
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-0998


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/03/2007 and was not confirmed.

      The case was converted to chapter 7 without confirmation 11/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG         .00             .00            .00
GMAC                      SECURED VEHIC     1440.00             .00            .00
GE CONSUMER FINANCE       UNSECURED         6102.17             .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         4550.66             .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED         6026.94             .00            .00
LHR INC                   UNSECURED        10742.94             .00            .00
RUSSET OAKS TOWNHOME ASS  UNSECURED        NOT FILED            .00            .00
NICOR GAS                 UNSECURED        NOT FILED            .00            .00
NORDSTROM FSB             UNSECURED          331.40             .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          291.75             .00            .00
WFNNB/NEWPORT NEWS        UNSECURED        NOT FILED            .00            .00
DELL FINANCIAL SERVICES   UNSECURED        NOT FILED            .00            .00
CITIBUSINESS              UNSECURED        NOT FILED            .00            .00
CITIFINANCIAL             UNSECURED        NOT FILED            .00            .00
GMAC                      NOTICE ONLY      NOT FILED            .00            .00
CITIBUSINESS              UNSECURED        NOT FILED            .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE        .00              .00            .00
EDGEWATER WALK CONDOMINI  CURRENT MORTG        .00              .00            .00
EDGEWATER CONDOMINIUM AS  MORTGAGE ARRE     830.00              .00            .00
COMMONWEALTH EDISON       UNSECURED         220.00              .00            .00
GMAC                      UNSECURED       17808.47              .00            .00
ERIC P DUNHAM & ASSOCIAT  DEBTOR ATTY         .00                              .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                            806.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                806.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11905 NANCY R SCHAEFER
```

```
TRUSTEE COMPENSATION                                                      .00
DEBTOR REFUND                                                          806.00
                                           ----------------    ----------------
TOTALS                                             806.00              806.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
   Dated: 02/27/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```